**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**
**IN RE: ASBESTOS LITIGATION**

DERRY L. MIDDLETON and JANICE )
MIDDLETON, his wife )
           )
    Plaintiffs, )
           )
       v. )     C.A. No. N14C-05-261 ASB
           )
MCCORD CORPORATION et al., )
           )
    Defendants. )
           )
           )

August 30, 2017

*Upon Defendant*
*Motion for Summary Judgment*

## **ORDER**

Defendant McCord Corporation filed this Motion for Summary Judgment arguing, in part, that Plaintiffs' claims fail because the Court has no personal jurisdiction over Defendant. Defendant claims that it is a Michigan corporation, with its principal place of business in Michigan, and it is not otherwise essentially at home in Delaware. In response, Plaintiffs requested the opportunity to perform limited discovery on the subject of personal jurisdiction in wake of the Supreme Court decision which Defendant relies on, *Bristol-Myers Squibb Co. v. Superior Court of California*, decided on June 19, 2017. In light of these circumstances, the

Court will grant Plaintiff time for additional discovery regarding the issue of personal jurisdiction. Any supplement to this Motion is due within sixty (60) days.

**IT IS SO ORDERED.**

/s/ Calvin L. Scott
_____
The Honorable Calvin L. Scott, Jr.